| | |
|---|---|
| Jacquelyn H Choi (SBN 211560)<br>RIMON, P.C.<br>2029 Century Park East, Suite 400N<br>Los Angeles, California 90067-2905<br>Telephone: (310) 525-5859<br>Facsimile: (310) 525-5859<br>Email: jacquelyn.choi@rimonlaw.com<br><br>Attorneys for Plaintiffs, **THE PEOPLE OF THE STATE OF CALIFORNIA,** by and through **GEORGE GASCÓN,** Los Angeles County District Attorney, **COUNTY OF LOS ANGELES** and **LOS ANGELES COUNTY DEPARTMENT OF PUBLIC HEALTH ACTING AS THE LOCAL ENFORCEMENT AGENCY** | |

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>ANDREA LYNN MURRAY,<br><br>      Debtor. | Case No. 1:21-bk-11781-MT<br><br>Chapter 7 |
| THE PEOPLE OF THE STATE OF CALIFORNIA, by and through GEORGE GASCÓN, Los Angeles County District Attorney, COUNTY OF LOS ANGELES and LOS ANGELES COUNTY DEPARTMENT OF PUBLIC HEALTH ACTING AS THE LOCAL ENFORCEMENT AGENCY,<br><br>      Plaintiffs,<br><br>      v.<br><br>ANDREA LYNN MURRAY, and DOES 1-10;<br><br>      Defendants. | Adv No. 1:22-ap-01010-MT<br><br>**STIPULATION FOR ENTRY OF ORDER CONTINUING MEDIATION CONFERENCE**<br><br>Status Conference:<br>Date: May 15, 2023<br>Time: 10:00 a.m.<br>Place: Courtroom 302<br>      United States Bankruptcy Court<br>      21041 Burbank Boulevard<br>      Woodland Hills, CA 91367<br><br>[NO HEARING REQUIRED] |

**TO THE HONORABLE MAUREEN A. TIGHE, UNITED STATES BANKRUPTCY JUDGE AND ALL PARTIES IN INTEREST:**

This *Stipulation For Entry of Order Continuing Mediation Conference* (the "**Stipulation**"), is entered into by and between the above-captioned Defendant, Andrea Lynn Murray (the "**Defendant**"), on the one hand, and The People of the State of California (the "**People**"), by and through George Gascón, Los Angeles County District Attorney, the County of Los Angeles (the "**County**") and Los Angeles County Department of Public Health Acting as the Local Enforcement Agency ("**LEA**") (collectively, the "**Plaintiffs**"), on the other hand (collectively, the "**Parties**"), with regard to the following facts and recitals:

## **RECITALS**

A.   On October 27, 2021 (the "**Petition Date**"), the Debtor filed a voluntary petition under chapter 7 of Title 11 of the United States Code.

B.   On February 4, 2022, the Plaintiffs commenced an adversary proceeding (the "**Adversary Proceeding**") by filing a *Complaint For Determination Of Non-Dischargeable Debts Pursuant To 11 U.S.C. § 523(a)(6) and 523(a)(7)* (the "**Complaint**") [Adv. Docket No. 1].

C.   On February 14, 2022, the Debtor obtained a discharge under 11 U.S.C. § 727 and the Debtor's bankruptcy case was closed.

D.   On June 28, 2022, the Court entered an *Order Assigning Matter to Mediation Program and Appointing Mediator and Alternate Mediator* (the "**Mediation Order**") [Adv. Docket No. 13]. Sandra J. Coleman, Esq. was appointed as the mediator (the "**Mediator**") and Holly Walker, Esq. was appointed as the alternate mediator. The Parties agreed to attend mediation (the "**Mediation Conference**") on December 9, 2022 (the "**Current Mediation Date**") with the Mediator.

E.   Since the entry of the Mediation Order, the County and the People commenced good-faith settlement negotiations with the Defendant which resulted in an informal settlement agreement. The Parties are in the process of memorializing the terms of the settlement into two (2) separate stipulations for entry of judgments to be presented to the Court for approval.

F.   On May 25, 2022, in the criminal action commenced by the People against the

Defendant pending in the Los Angeles County Superior Court for the State of California (Case No. SC05143) (the "**Criminal Action**"), the criminal court dismissed Counts 6, 7, 9 and 12 filed against the Defendant and further held that the People could retry Count 1 (Unpermitted Grading), Count 4 (Improperly Placing Fill Material), and Count 8 (Unlawful Land Use - Unpermitted Solid Fill Project).  On November 3, 3022 (after a retrial), the jury reached verdicts, declaring a mistrial as to Count 8, but finding the Defendant guilty of misdemeanor Counts 1 (Unpermitted Grading) and 4 (Improperly Placing Fill Material).

G. On December 8, 2022, the criminal court sentenced the Defendant on convictions for Counts 1 and 4 ("**Defendant's Sentencing**").  With regard to Defendant's Sentencing, the criminal court imposed certain fines and/or community labor upon Defendant as set forth in a Minute Order dated December 12, 2022.

H. With respect to the LEA's Case & Desist Order, which was appealed by the Defendant to CalRecycle prior to the Petition Date (the "**Defendant's CalRecycle Appeal**"), the appellate hearing was continued pending the outcome of the Criminal Action.  At the status conference on December 7, 2022, the Defendant advised the CalRecyle hearing officer that she needed additional time for briefing.  On or around January 10, 2023, the following briefing deadlines were established:

(i) February 3, 2023 – Deadline for Defendant's opening brief;

(ii) February 16, 2023 – Deadline for LEA's responsive brief; and

(iii) March 2, 2023 – Deadline for Defendant's reply (if any).

I. Given that a decision on Defendant's CalRecycle Appeal is not expected to be rendered until sometime after March 2, 2023, the Parties believe there is "good cause" to extend the Current Mediation Date to March 17, 2023 (the "**Continued Mediation Date**"), which date has been approved in advance by the Mediator.

WHEREFORE, in a good faith effort to attempt to settle the underlying causes of action set forth in the Complaint through Mediation, the Parties have agreed to continue the Current Mediation

Date to the Continued Mediation Date of March 17, 2023.

**STIPULATION**

NOW THEREFORE, it is hereby stipulated by and between the Parties, subject to Court approval, as follows:

1. The Parties hereby stipulate to continue the Current Mediation Date of December 9, 2022 to the Continued Mediation Date of March 17, 2023.

Dated: January 25, 2023      **RIMON, P.C.**

By: _/s/ Jacquelyn H. Choi_
Jacquelyn H. Choi
Attorneys for Plaintiffs

Dated: January __, 2023      **ANDREA LYNN MURRAY**

By: _____
Andrea Lynn Murray
Defendant Pro Se

Date to the Continued Mediation Date of March 17, 2023.

**STIPULATION**

NOW THEREFORE, it is hereby stipulated by and between the Parties, subject to Court approval, as follows:

1. The Parties hereby stipulate to continue the Current Mediation Date of December 9, 2022 to the Continued Mediation Date of March 17, 2023.

Dated: January __, 2023                            **RIMON, P.C.**

By: _____
Jacquelyn H. Choi
Attorneys for Plaintiffs

Dated: January 24, 2023                            **ANDREA LYNN MURRAY**

By: _____
Andrea Lynn Murray
Defendant Pro Se

4

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

3579 4th Ave., San Diego, CA 92103

A true and correct copy of the foregoing document entitled (*specify*): Stipulation for Entry of Order Continuing Mediation Conference

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 01/25/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

United States Trustee: ustpregion16.wh.ecf@usdoj.gov
Standing Trustee: Nancy J. Zamora, zamora3@aol.com, nzamora@ecf.axosfs.com
Other Parties in Interest: Raymond H. Aver, ray@averlaw.com, averlawfirm@gmail.com;ani@averlaw.com; kayta@averlaw.com; jesus@averlaw.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 01/25/2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Andrea Lynn Murray, and DOES 1-10
PO Box 3155
Chatsworth, CA 91313

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 01/25/2023, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
By Email:
Andrea Murray, bcr2003@aol.com
Mediator, Sandra J. Coleman, Esq., sandra.coleman@sbcglobal.net
Alternate mediator, Holly Walker, Esq., holly@veruslawgroup.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 01/25/2023 | Esteban Garcia | /s/ Esteban Garcia |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE