Jacquelyn H Choi (SBN 211560)
RIMON, P.C.
2029 Century Park East, Suite 400N
Los Angeles, California 90067-2905
Telephone: (310) 525-5859
Facsimile: (310) 525-5859
Email: jacquelyn.choi@rimonlaw.com

Attorneys for Plaintiffs, **THE PEOPLE OF THE STATE OF CALIFORNIA,** by and through **GEORGE GASCÓN,** Los Angeles County District Attorney, **COUNTY OF LOS ANGELES** and **LOS ANGELES COUNTY DEPARTMENT OF PUBLIC HEALTH ACTING AS THE LOCAL ENFORCEMENT AGENCY**

**FILED & ENTERED**

**MAR 01 2023**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY egonzale  DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>ANDREA LYNN MURRAY,<br><br><br>    Debtor. | Case No. 1:21-bk-11781-MT<br><br>Chapter 7 |
| THE PEOPLE OF THE STATE OF CALIFORNIA, by and through GEORGE GASCÓN, Los Angeles County District Attorney, COUNTY OF LOS ANGELES and LOS ANGELES COUNTY DEPARTMENT OF PUBLIC HEALTH ACTING AS THE LOCAL ENFORCEMENT AGENCY,<br><br>    Plaintiffs,<br><br>        v.<br><br>ANDREA LYNN MURRAY, and DOES 1-10;<br><br>    Defendants. | Adv No. 1:22-ap-01010-MT<br><br>**ORDER GRANTING STIPULATION FOR ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF COUNTY OF LOS ANGELES FOR NON-DISCHARGEABILITY OF DEBTS UNDER 11 U.S.C. §§ 523(a)(6) and 523(a)(7)**<br><br>[No Hearing Required]<br><br><u>Status Conference:</u><br>Date:  May 15, 2023<br>Time:  10:00 a.m.<br>Place:  United States Bankruptcy Court<br>           21041 Burbank Boulevard<br>           Woodland Hills, CA 91367 |

1

Upon consideration of the *Stipulation for Entry of Judgment In Favor of Plaintiff County of Los Angeles For Non-Dischargeability Of Debts Under 11 U.S.C. §§ 523(a)(6) and 523(a)(7)* (the "**Stipulation**") by and between plaintiff, County of Los Angeles (the "**Plaintiff**") and Andrea Lynn Murray (the "**Defendant**"), which was filed in the above-captioned adversary proceeding on February 28, 2023 [Adv. Docket No. 25] and good cause appearing therefore, the Court hereby orders as follows: [1]

1. The Stipulation is approved;

2. The Plaintiff (by and through the Department of Public Works), is entitled to a non-dischargeable judgment in the amount of $1,634.90 pursuant to 11 U.S.C. §§ 523(a)(6) and 523(a)(7);

3. The Plaintiff (by and through the Department of Regional Planning), is entitled to a non-dischargeable judgment in the amount of $2,611.00 pursuant to 11 U.S.C. §§ 523(a)(6) and 523(a)(7);

4. For the avoidance of doubt, the total sum of Plaintiff's non-dischargeable judgment pursuant to 11 U.S.C. §§ 523(a)(6) and 523(a)(7) is $9,245.90 (the "**Judgment**"); and

5. Post-judgment interest rate shall apply to the Judgment at a rate of ten percent (10%) per annum from the date of entry of this Judgment until paid in full.

###

Date: March 1, 2023

Maureen A. Tighe
United States Bankruptcy Judge

---

[1] Unless otherwise defined herein, all capitalized terms shall have the same meaning as ascribed to them in the Stipulation.